DONALD BOWMAN *v.* KAYE WILLIAMS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 5 Conn. App. 235, is granted.

*David O. Chittick,* in support of the petition.

Decided October 30, 1985

CAROLYN POMARICO *v.* GARY CONSTRUCTION, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 106, is denied.

*Sid M. Miller,* in support of the petition.

*William T. Shea,* in opposition.

Decided October 30, 1985

JOSEPH PURCELL ET AL. *v.* CHARLES I. SLAGLE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 5 Conn. App. 417, is denied.

*Wesley W. Horton,* in support of the petition.

*Matthew J. Forstadt,* in opposition.

Decided October 30, 1985

STATE OF CONNECTICUT *v.* RICHARD S. LEVINE

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 207, is denied.

*Raymond T. Connor,* in support of the petition.

*John M. Massameno,* assistant state's attorney, in opposition.

Decided October 30, 1985